No. 24-1420

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

RAYMOND LOFSTAD; GUS LOVGREN,

Plaintiffs – Appellants,

v.

GINA RAIMONDO, in her official capacity as Secretary United States Department of Commerce; JANET COIT, in her official capacity as Assistant Administrator of the National Marine Fisheries Service; NATIONAL MARINE FISHERIES SERVICE,

Defendants – Appellees.

On Appeal from the United States District Court
for the District of New Jersey
Honorable Robert Kirsch, District Judge

**JOINT MOTION TO INCLUDE HYPERLINK
TO AUDIO FILE IN APPENDIX**

| | |
|---|---|
| DAMIEN M. SCHIFF | JOHN E. BIES |
| MICHAEL POON | U.S. Department of Justice |
| Pacific Legal Foundation | Environment & Natural Resources |
| 555 Capitol Mall, Suite 1290 |   Division, Appellate Section |
| Sacramento, California 95814 | Ben Franklin Station |
| Telephone: (916) 419-7111 | P.O. Box 7415 |
| DSchiff@pacificlegal.org | Washington, DC 20044-7415 |
| MPoon@pacificlegal.org | Telephone: (202) 514-3785 |
|  | john.bies@usdoj.gov |
| *Attorneys for Plaintiffs – Appellants* | *Attorneys for Defendants – Appellees* |

Pursuant to Local Appellate Rule 30.1(c), the parties respectfully request leave to include a hyperlink to an audio file in the Joint Appendix and to file the Joint Appendix including such a hyperlink simultaneously with this motion. The audio file in question is 2 hours and 32 minutes and is a recording of a meeting held in December 2021 by the Mid-Atlantic Fishery Management Council.

Dated: April 26, 2024.

Respectfully submitted,

/s/ Michael Poon
MICHAEL POON
DAMIEN M. SCHIFF

*Attorneys for Plaintiffs – Appellants Raymond Lofstad and Gus Lovgren*

/s/ John E. Bies
JOHN E. BIES
U.S. Department of Justice
Environment & Natural Resources Division, Appellate Section

*Attorney for Respondents Gina Raimondo, et al.*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 26, 2024, I served the foregoing upon all counsel of record by filing a copy of the document with the Clerk through the Court's electronic docketing system.

s/ Michael Poon
MICHAEL POON
