# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

BILL OF COSTS

C.A. No. 24-1420

Caption: Raymond Lofstad et al. v. Secretary United States Department of Commerce et al.

| Cost Taxable | AMOUNT REQUESTED | | | | | | | COST ALLOWED To be Completed by Clerk |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages per Copy | Cost Per Page | Cost Per Binding | Cost Per Cover | Sales Tax | Total Cost | |
| Appeal/Original Proceeding Fee | | | | | | | $605.00 | |
| Brief | 7 | 81 | $.10 | $4.00 | 0 | N/A | $84.70 | |
| Reply Brief | 7 | 43 | $.10 | $4.00 | 0 | N/A | $58.10 | |
| Appendix | 4 | 1,224 | $.10 | $4.00 | 0 | N/A | $505.60 | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | | | | | | | $1253.40 | $ |

Brief Produced by Reproduction: ☐　　　Brief Produced by Photocopy:　x
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　In House:　☒
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Commercial:　☐

**Unless document was produced by in house photocopy, receipts must be attached.**

I, Michael Poon, do hereby declare under the penalty of perjury that the foregoing costs are true and correct and were necessarily and actually incurred in this action.

Signature　　　　　　　　　　　　　　　　　　　　　　　　10/9/2024
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Date
Attorney for: Appellants Raymond Lofstad, et al.

**A certificate of service must accompany this form.**

## CERTIFICATE OF SERVICE

I certify that on October 9, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Third Circuit by using the appellate CM/ECF system.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED: October 9, 2024.　　　　　　　　s/ Michael Poon
　　　　　　　　　　　　　　　　　　　　　MICHAEL POON